

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF | CASE NO. 2:14-SW-0566 CKD
12 | INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT (707) 759-8157 STORED ON THE PREMISES OF SPRINT SPECTRUM L.P. | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

15

16    The government's request to unseal the Search Warrant and this case is GRANTED.

17

18 Dated: 3/18/15                        _____
                                         HON. DALE A. DROZD
19                                       U.S. Magistrate Judge